## EX PARTE S. GASSENHEIMER & CO. v. THE STATE.

(Decided June 30, 1915.)

CERTIORARI to Court of Appeals.

WEIL, STAKELY & VARDAMAN, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

GARDNER, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *S. Gassenheimer & Co. v. The State*, 69 South. 230.

All the Justices concur.

---

## EX PARTE SMITH v. THE STATE.

(Decided October 14, 1915.)

CERTIORARI to Court of Appeals.

ROPER & STEPHENS and J. H. MILLER, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Wade Smith v. The State*, 69 South. 406, (Bastardy).

All the Justices concur.

---

## EX PARTE SMITH v. THE STATE.

(Decided October 21, 1915.)

CERTIORARI to Court of Appeals.

ROPER & STEPHENS, and J. H. MILLER, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

ANDERSON, C. J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Wade Smith v. The State*, 69 South. 402, (Seduction).

All the Justices concur.